# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NISRIT N. OSMAN,** *Plaintiff*, v. **CITY OF JERSEY CITY, et al.,** *Defendants.* | Civil Action No. 21-14597(MCA) ORDER |

**THIS MATTER** comes before the Court by way of plaintiffs' motion to remand this case to state court, ECF No. 2;

and it appearing that Judge Allen issued a Report and Recommendation dated January 28, 2022, in which Judge Allen recommended that this Court deny plaintiffs' motion to remand, ECF No. 3; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Allen's Report and Recommendation;

**IT IS** on this 2nd day of March, 2022,

**ORDERED** that Judge Allen's Report and Recommendation dated January 28, 2022, is **ADOPTED** and plaintiffs' motion to remand ECF. No. 2 is **DENIED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**